Eastern District of Kentucky
FILED
Aug - 27 2026
Robert R. Carr
Clerk, U.S. District Court

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

United States of America
v.
Da'Montez Lowe and Kayle Taylor

*Defendant(s)*

Case No. 2:26-MJ-2602-CJS

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of July 7, 2026 in the county of Kenton in the Eastern District of Kentucky, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 1951 | Interference with Commerce by Threats or Violence |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Jeff Price by CJS w/ permission

*Complainant's signature*

Jeff Price, SA, ATF

*Printed name and title*

After verifying identity, Complainant swore to the Complaint by telephone, and it was signed for Complainant with consent, the process complying with Federal Criminal Rules 4.1 and 4(d), the Court having received the Complaint and having transmitted the Arrest Warrants, by email.

Signed By:
**Candace J. Smith**
**United States Magistrate Judge**

*Judge's signature*

Date: 08/27/2026

City and state: Covington, Kentucky

Candace J. Smith, United States Magistrate Judge

*Printed name and title*

**AFFIDAVIT**

I, Jeff Price, being duly sworn, depose and state that:

1. I make this affidavit in support of an application under Rule 4.1 of the Federal Rules of Criminal Procedure for a complaint charging Da'Montez Lowe and Kayle Taylor with violating 18 U.S.C. § 1951 (Interference with Commerce by Threats or Violence), in that they conspired to Hobbs Act robbery of a Brink's armored courier truck.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) and have been so employed since March 2020. I am a "Federal Law Enforcement Officer" as defined in Rule 41 of the Federal Rules of Criminal Procedure and am authorized by federal law to submit this affidavit for a criminal complaint and request an arrest warrant.

3. I am a graduate of the Federal Law Enforcement Training Center Criminal Investigator Training Program (CITP) and the ATF National Academy. Prior to attending CITP, I was a police officer with the Kenton County Police Department for nearly nine years, an agent with the Northern Kentucky Drug Strike Force – a High Intensity Drug Trafficking Area (HIDTA) unit for four of those years, and a Task Force Officer (TFO) with ATF for two of those years. As a result, I am familiar with federal criminal laws.

4. Following my completion and graduation from the Federal Law Enforcement Training Center and the ATF National Academy, I was assigned to the Louisville Field Division, where I began carrying out my responsibilities as an

investigator. As a Special Agent with the ATF, my duties have included the investigation of violations of federal firearms laws, including persons prohibited from possessing firearms and ammunition and the illegal use of firearms.

5. Throughout my career, I have conducted and participated in numerous federal investigations in multiple capacities, including working as a primary case agent. Further, I have worked with other federal law enforcement partners, as well as state and local departments, in Kentucky and across the country. I have participated in various facets of investigation, including, but not limited to, physical and electronic surveillance, executions of search warrants, interview and interrogation, data analysis, and arrest operations.

6. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from official documents, and other law enforcement agents and witnesses. This affidavit is intended to show that there is probable cause for the requested complaint and arrest warrant and does set forth every known fact or all my knowledge concerning this investigation.

## FACTS IN SUPPORT OF PROBABLE CAUSE

7. On July 7, 2026, at approximately 1:45 p.m. Covington Police Department (CPD) officers were dispatched to a Kroger gas station on Winston Avenue in Covington, Kentucky after the driver of a Brink's armored courier truck called 911 to report that a white Dodge Charger Scat Pack had been following him for several stops.

8. CPD Officer Kyle Shephard arrived at Kroger, located the Charger and made contact with the driver, Taylor, and the passenger, Lowe. Officer Shephard noticed

multiple firearms in plain view, including one that was strapped to an armored tactical vest worn by Lowe. Lowe explained that he owned the vehicle, was a concealed carry permit holder, and had multiple firearms in the vehicle.

9. CPD K-9 Officer Christopher Haubner arrived on scene to assist and conducted an open-air sniff of the area around the vehicle; the K-9 alerted to the odor of narcotics. CPD officers searched the vehicle and recovered five firearms, three semi-automatic pistols, an AR-style rifle, and a pump action shotgun. They also recovered several masks, gloves, hooded sweatshirts, and an Ohio vehicle registration plate.

10. The Ohio plate was reported stolen had Velcro on the back. The Charger had a Florida license plate on it, which was also affixed with Velcro. Based on my training and experience, I believe the second vehicle registration plate and Velcro were to allow for the quick removal and replacement of the license plate.

11. Detective Galvin Adkinnson and I conducted separate interviews of Lowe and Taylor at CPD prior to them being lodged at the Kenton County Detention Center. Lowe and Taylor provided different accounts of their activities that day.

12. Detective Adkinnson obtained the log of all the stops the Brink's truck made that day and checked those locations for video surveillance. From a patchwork of surveillance from various sources, the Brink's truck was seen driving through Newport, Fort Thomas, Highland Heights, Cold Spring, and into Covington between approximately 11:00 a.m. to 1:45 p.m. while followed by the White Dodge Charger Scat Pack.

13. Detective Adkinnson recovered an SD card from a camera mounted in the White Dodge Charger Scat Pack. The card contained numerous audio/video recordings,

including recordings from the hours prior to Lowe's and Taylor's contact with CPD officers at approximately 1:45 pm on July 7, 2026. The recordings document Taylor and Lowe following the Brink's armored truck and discussing their plan to rob it.

14. For instance, the first recording documents the Brink's truck's stop at a Panera restaurant. Lowe and Taylor pulled into a church lot nearby and discussed where to remain in case the Brink's truck did not drive by. Once the Brink's truck left the Panera, they followed behind and discussed the truck's next stop—a check cashing business. As they followed the truck, Taylor and Lowe discussed the absence of police, specifically saying, "do you want to take him from there?" They also mentioned that they had a rifle and a shotgun in the car, noted that the Brink's driver always gets in on the passenger side, said that once the Brink's driver gets all the pickups they "will wear him out," and said that they could not leave any witnesses since they were in Kentucky.

15. Further investigation revealed that Lowe and Taylor are also suspects in a Brink's armored courier truck robbery that occurred in April 2026 in Warren County, Ohio. Warren County Sherrif's Office provided the details of his investigation, including that Lowe previously worked at Loomis, an armored currency transport company very similar to Brink's. The suspects in the Warren County robbery were of similar size and build to Lowe and Taylor and wore similar clothing and masks to those found on July 7, 2026.

16. Detective Adkinnson executed a search warrant on the cellular phones associated with Lowe and Taylor. In their text messages soon after the Warren County robbery, they shared news coverage of the robbery and discussed hiding a vehicle. Taylor

also messaged with a different contact about burning his clothes. Later, Lowe sent Taylor a website link to a pair of all black men's pants for him to purchase along with a pair of all black shoes, which could be "tossed" or thrown away. A week before they attempted the robbery in Kentucky, Lowe and Taylor discussed obtaining a license plate, during which Taylor suggested going to a body shop or a tow yard, but Lowe advised him avoid a body shop, as it would have too many cameras.

**CONCLUSION**

17. Based on the foregoing, I have probable cause to believe that Lowe and Taylor have violated 18 U.S.C. § 1951 (Interference with Commerce by Threats or Violence) in the Eastern District of Kentucky. I request that an arrest warrant be issued to bring Lowe and Taylor before this Court based on the allegations contained herein.

Jeff Price by CJS w/ permission

Jeff Price, Special Agent,
Bureau of Alcohol, Tobacco, Firearms and Explosives

Sworn to before me by the Affiant via telephone
and subscribed for the Affiant with his consent
this 27th day of August, 2026.

Signed By:
*Candace J. Smith*
United States Magistrate Judge

UNITED STATES MAGISTRATE JUDGE